# EXHIBIT B



# Bioenergy DevCo Announces $106 Million Investment From Newlight Partners LP to Grow Anaerobic Digestion Technology Use Throughout North America

*Combining finance, design, construction, operation and management of anaerobic digestion facilities, Bioenergy DevCo offers US cities and companies a natural process to reduce emissions and waste while creating renewable natural gas.*

COLUMBIA, MD – AUGUST 8, 2019 – Bioenergy DevCo, a global developer of anaerobic digestion facilities with more than 200 plants throughout the world that creates renewable natural gas and healthy soil products, announced today that it has received its first institutional investment of $106 Million from Newlight Partners LP.

Bioenergy DevCo intends to use this substantial new growth capital to expand its operational footprint in North America, working with municipalities and corporations to develop anaerobic digestion facilities that naturally transform organic waste into renewable natural gas and an organic soil amendment,reducing landfill waste and carbon emissions.

"The support from Newlight Partners, allows Bioenergy DevCo to offer a full turnkey solution to cities and corporations challenged by incineration, already crowded landfills and the cost of disposing of organic waste."said Shawn Kreloff, founder and CEO of Bioenergy DevCo. "In working with Newlight, we address the strong and increasing demand for our anaerobic digestion technology, which is proven to naturally transform organic waste into clean, renewable natural gas, in a way that meets the unique needs of municipalities and companies around the country."

Anaerobic digestion is a time-tested technology that offers a significant advancement in how waste is handled and how municipalities achieve their zero-waste goals. The clean,

renewable natural gas resulting from this process is a product that is easily incorporated into existing infrastructure by utilities and other natural gas users.

"The Bioenergy DevCo team has delivered proven results at existing facilities and brings with them a bold vision for the future of managing organic waste while producing clean energy. We are proud to help them build this business," said Mark Longstreth, Managing Director of Newlight Partners. "As more cities and corporations look to achieve zero-waste, renewable energy and carbon reduction goals, Bioenergy DevCo's technology realizes the promise of delivering economically smart and environmentally friendly organic recycling-to-energy solutions.

Organic waste is traditionally either incinerated and emitted as an environmental pollutant or left in an already crowded landfill where it rots and releases methane, a harmful greenhouse gas that contributes to climate change. Anaerobic digestion, a cost effective and environmentally friendly technology, uses a proven natural microbiological process to break down organic waste materials and creates two important products: renewable natural gas, which can either be injected into the energy grid where it burns cleanly, or compressed as a natural gas and used for transportation fuel. Also produced is digestate, a soil amendment with the same organic and storm water management capability as compost.

"Cities and companies across the globe are faced with the challenge of disposing of ever increasing organic waste, the cost of building new landfills, and reducing pollution caused by incinerators to meet stricter climate goals, all under tighter budgets," said Steve Lefkowitz, Managing Partner of Sagewind Capital and Founding Partner of Bioenergy DevCo. "The use of anaerobic digestion is the smart way to solve these challenges because it is good for the environment and is also good for business."

Anaerobic digestion technology diverts organic wastes from landfills and incinerators,producing a true source of renewable natural gas that reduces the reliance on,and use of, fossil fuels. By lessening the impact of greenhouse gasses and sequestering carbon into soil to remove it from the atmosphere, anaerobic digestion also plays an important role in storm water management and soil health.

## About Bioenergy DevCo

Bioenergy Development Company (BDC) is a world leader in the finance, design, construction, engineering, and operation of anaerobic digestion facilities. Through its wholly owned subsidiary BTS Biogas, BDC can insure and guarantee facility performance of its more than 200 facilities worldwide. Anaerobic Digestion is a powerful technology that naturally breaks down organic wastes, typically headed for incineration, crowded landfills, or worst of all, left to pollute local environments and instead turns the waste into renewable natural gas and an organic soil amendment. By seeing challenges as opportunities, BDC uses anaerobic digestion as an environmentally sound means of creating a true source of renewable energy while processing organic wastes and reducing air, water, and soil pollution in local communities. Based in Howard County, MD, BDC is is currently developing four facilities in the United States.

## About Newlight Partners LP

Newlight Partners LP (Newlight) is a private investment firm focused on collaborating with management teams and strategic investors to build unique, durable businesses, predominantly in North America. For more than 15 years, the Newlight team has helped build successful enterprises in five sectors, including financial services, telecommunications, power and renewable energy, healthcare services and business services. Led by David Wassong and Ravi Yadav, Newlight has invested approximately $6 billion in over 100 portfolio companies since 2005, first as the Strategic Investments Group at Soros Fund Management LLC (Soros), and now as Newlight after the team's spin out from Soros in 2018. Newlight has approximately $4 billion in capital commitments and assets under management.

**Media Contact:** Kirsten Maynard, 415-350-4147, kirsten@waxmanstrategies.com



50 State Circle

Annapolis, MD 21401

info@bioenergydevco.com

## Newsletter Sign Up

Email*

First Name

Last Name

☐ I agree to receive other communications from BioEnergy DevCo.

Submit

Follow Us:

   

Copyright © 2020 Bioenergy DevCo