# EXHIBIT C



# Bioenergy DevCo Buys BTS Biogas to Expand Anaerobic Digestion Technology Globally

*BTS Biogas and Bioenergy DevCo will combine a proprietary all-natural anaerobic digestion process with proven operational and project development experience to build facilities in North America that will transform organic waste into clean, renewable natural gas*

COLUMBIA, MD – AUGUST 9, 2019 – Bioenergy DevCo, a leading global developer of anaerobic digestion facilities that create renewable energy and healthy soil products, announced today that it has acquired BTS Biogas, which will operate as an affiliate and enable new operation and expansion of anaerobic digestion in North America.

Headquartered in Bruneck, Italy, BTS Biogas is a European pioneer in the field of anaerobic digestion with a 20-year history in the industry and 200 plants located around the world. By transforming organic waste into natural gas and an organic soil amendment, anaerobic digestion reduces landfill waste, as well as carbon and greenhouse gas (GHG) emissions.

The acquisition enables Bioenergy DevCo to increase BTS Biogas' technology footprint in North America, working closely with municipalities and companies to help them efficiently, cleanly and affordably dispose of organic waste while producing clean, renewable natural gas that can be used by utilities.

"Almost three years ago, our team began working with BTS Biogas to expand the use of large-scale, modular anaerobic biodigesters. By building relationships with cities and towns throughout the United States, we are confident that this proven technology will become an essential tool in reducing pollution from waste and fighting climate change as the world aims to transition to a low-carbon economy," said Shawn Kreloff, founder and CEO of Bioenergy DevCo. "While operating as affiliated entities, we aim to shift mindsets by demonstrating how this proven technology can change organic waste from being a pollution problem to a renewable energy solution."

Organic waste is traditionally either incinerated and emitted as an environmental pollutant or left in a landfill where it rots and releases methane, a harmful greenhouse gas that contributes to climate change. Through the use of anaerobic digester technology, Bioenergy DevCo offers an environmentally smart,proven technology to break down biodegradable waste materials naturally, using microorganisms. This natural chemical process creates two important products at an industrial scale. First is renewable natural gas, which can be burned cleanly and turned into a versital source of renewable energy by being injected into a national electric grid or used as a transportation fuel as compressed natural gas.  Second, is a product called digestate, an organic soil amendment with the same organic and storm water management capability as compost.

"With this investment, we are pleased to support expansion into North America as we continue to work independently in Europe to advance the adoption of this technology, expand anaerobic digestion know-how and strengthen the financial soundness of waste-to-energy projects," said Jeff Henslin, CEO of BTS Biogas. "This affiliation between the two companies is an evolution that allows us to offer the North American market not only the most advanced technological solutions for bioenergy and renewable natural gas production from organic waste, but also enables us to support projects of great strategic and economic value with developers throughout the world."

## About BTS Biogas

Founded in 2008, BTS biogas has succeeded in establishing itself as a worldwide technological leader in the development, construction and management of biogas and biomethane plants.

The BTS team of engineers, programmers, biologists and skilled colleagues work together for the continuous improvement of biogas plants in terms of reliability, efficiency and profitability.

- Headquarters:   Brunico (South Tyrol) - ITALY
- Headcount:     >80 (biologists, technicians, chemists, agronomists, developers)
- Products:    Modular biogas plants, capacity 25kW to 2,5MW+
- Plants:    > 220 (total capacity 180 MW)or 615 mmbtu per hour
- Customers:    Industrial and agricultural companies, local authorities, food industry, waste disposal and composting plants

- Input:     Organic waste, by-products from food industry, residues and agricultural by-products, energy crops
- Output:    Renewable natural gas ( for grid feed in) , compressed natural gas  ( for transport and fueling)  electrical energy, thermal energy (heating and cooling), organic fertilizers

## About Bioenergy DevCo

Bioenergy Development Company (BDC) is a world leader in the finance, design, construction, engineering, and operation of anaerobic digestion facilities. Through its wholly owned subsidiary BTS Biogas, BDC can insure and guarantee facility performance of its more than 200 facilities worldwide. Anaerobic Digestion is a powerful technology that naturally breaks down organic wastes, typically headed for incineration, crowded landfills, or worst of all, left to pollute local environments and instead turns the waste into renewable natural gas and an organic soil amendment. By seeing challenges as opportunities, BDC uses anaerobic digestion as an environmentally sound means of creating a true source of renewable energy while  processing organic wastes and reducing air, water, and soil pollution in local communities. Based in Howard County, MD, BDC is is currently developing four facilities in the United States.

**Media Contact:**  Kirsten Maynard, 415-350-4147, kirsten@waxmanstrategies.com



50 State Circle

Annapolis, MD 21401

info@bioenergydevco.com

# Newsletter Sign Up

Email*

First Name                    Last Name

☐ I agree to receive other communications from BioEnergy DevCo.

Submit

## Follow Us:



Copyright © 2020 Bioenergy DevCo