IN THE UNITED STATES DISTICT COURT
FOR THE DISTRICT OF MARYLAND

**U.S. AGRISOIL, LLC,** *et al.*

**v.**                                                                   **CASE NO. 1:20-CV-02454-JKB**

**SHAWN KRELOFF,** *et al.*

_____/

**STIPULATION TO EXTEND TIME
FOR ALL DEFENDANTS TO RESPOND TO AMENDED COMPLAINT**

Plaintiffs U.S. Agrisoil, LLC and The Environmental Developers Group, LLC and Defendants Shawn Kreloff, BTS Bioenergy, LLC, Bioenergy Development Group, LLC, Bioenergy Devco, LLC, BTS Biogas, LLC, Newlight Partners LP, Sagewind Capital, LLC and BDG DE, LLC (collectively, the "Defendants"), by and through their respective undersigned counsel, hereby stipulate and agree that the deadline for the Defendants to file their responses to the Amended Complaint (D.E. 14) shall be extended up to and including October 7, 2020.

Respectfully submitted,

/s/ *Richard A. DeTar*                                       /s/ *Sallie E. Gilbert*
Richard A. DeTar, Federal Bar No. 22437          Cary Joshi, Federal Bar No. 20621
Strider L. Dickson, Federal Bar No. 27157        Sallie E. Gilbert, Federal Bar No. 20624
McAllister, DeTar Showalter & Walker LLC     Bailey & Glasser, LLP
100 N. West Street                                              1055 Thomas Jefferson Street NW
Easton, MD 21601                                              Suite 540
Phone: (410) 820-0264                                       Washington, DC 20007
Facsimile: (410) 648-2241                                 Phone: (202) 463-2101
rdetar@mdswlaw.com                                       cjoshi@baileyglasser.com
sdickson@mdswlaw.com                                  sgilbert@baileyglasser.com

*Attorneys for Defendants*                                 *Attorneys for Plaintiffs*
*Shawn Kreloff, BTS Bioenergy, LLC (dissolved),*
*Bioenergy Development Group, LLC,*
*Bioenergy Devco, LLC, BTS Biogas, LLC,*
*and BDG DE, LLC*

/s/ *William N. Sinclair*
William N. Sinclair, Federal Bar No. 28830
Silverman Thompson Slutkin & White, LLC
201 N. Charles St., Suite 2600
Baltimore, MD 21202
(410) 385-2225 (T)
(410) 547-2432 (F)
bsinclair@silvermanthompson.com

/s/ *Zeb Landsman*
Zeb Landsman (Admitted *Pro Hac Vice*)
Jesse T. Conan (*Pro Hac Vice* Motion Pending)
Yoon Ha Cho (Admitted *Pro Hac Vice*)
Becker, Glynn, Muffly, Chassin & Hosinski LLP
299 Park Avenue
New York, New York 10171
(212) 888-3033 (T)
(212) 888-0255 (F)
zlandsman@beckerglynn.com
jconan@becerglynn.com
ycho@beckerglynn.com

*Attorneys for Defendant Newlight Partners LP*

| | |
|---|---|
| /s/ *John E. McCann, Jr.* | /s/ *Jiah L. Park* |
| John E. McCann, Jr., Federal Bar No. 10028 | Jiah L. Park, Federal Bar No. 21390 |
| Miles & Stockbridge, P.C. | Miles & Stockbridge, P.C. |
| 100 Light Street | 1201 Pennsylvania Ave., NW, Suite 900 |
| Baltimore, MD 21202 | Washington, DC 20004 |
| Phone: (410) 385-3586 | Phone/Facsimile: (202) 465-8411 |
| jmccann@milesstockbridge.com | jpark@milesstockbridge.com |

*Attorneys for Defendant Sagewind Capital, LLC*

**SO ORDERED:**

_____/s/_____          ____9/15/20_____
Honorable James K. Bredar                                          Date
Chief Judge

2

## CERTIFICATE OF SERVICE

  I certify that on September 11, 2020, the foregoing Stipulation to Extend Time for All Defendants to Respond to Amended Complaint was filed and served electronically via the Court's CM/ECF system.

              /s/ *Richard A. DeTar*
              Richard A. DeTar