IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

U.S. AGRISOIL, LLC, *et al.*

    Plaintiffs

v.   Case No. 1:20-cv-02454-JKB

SHAWN KRELOFF, *et al.*

    Defendants

_____/

## LOCAL RULE 103.3 DISCLOSURE STATEMENT
## OF DEFENDANT BTS BIOENERGY, LLC

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rules 103.3(a) and (b), Defendant BTS Bioenergy, LLC ("Bioenergy") respectfully submits this corporate disclosure statement. Bioenergy no longer exists, having filed articles of cancellation on May 3, 2019. When Bioenergy was a valid Maryland limited liability company, its sole member was Shawn Kreloff. When Bioenergy was a valid Maryland limited liability company there was no parent or other affiliate of Bioenergy and there was no publicly held corporation owing 10% or more of its stock. There is no corporation, unincorporated association, partnership, or other business entity, not a party to this case, which may have a financial interest in the outcome of this litigation as it pertains to Bioenergy.

    Respectfully submitted,

    _____
    Richard A. DeTar, Bar No. 22437
    Strider L. Dickson, Bar No. 27157
    McAllister, DeTar, Showalter & Walker LLC
    100 N. West Street
    Easton, Maryland 21601
    Telephone: 410-820-0224
    Facsimile: 443-746-3298

rdetar@mdswlaw.com
sdickson@mdswlaw.com

*Attorneys for Defendants Shawn Kreloff, BTS Bioenergy, LLC, Bioenergy Development Group, LLC, Bioenergy Devco, LLC, BTS Biogas, LLC, and BDG DE, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October 2020, the foregoing Local Rule 103.3 Disclosure Statement was filed electronically via the Court's CM/ECF system.

*/s/ Richard A. DeTar*
Richard A. DeTar