## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**U.S. AGRISOIL, LLC, *et al.*,**

  **Plaintiffs,**

  **v.**

**SHAWN KRELOFF, *et al.*,**

  **Defendants.**

  \*

  \*

  \*

  \*

\* \* \* \* \* \* \* \* \* \* \* \*

**CIVIL NO. JKB-20-2454**

## ORDER

For the reasons set forth in the foregoing Memorandum, this action is hereby DISMISSED without prejudice due to Plaintiffs' failure to adequately plead diversity jurisdiction. Accordingly, the pending Motions to Dismiss (ECF Nos. 32, 33, 34) are DENIED AS MOOT.

DATED this ____4____ day of February, 2021.

BY THE COURT:

_____

James K. Bredar
Chief Judge